CO-386-online
10/03

**FILED**
DEC 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

SIKORSKY AIRCRAFT CORPORATION,
6900 Main Street, M/S 106A
Stratford, CT 06615-9129

      Plaintiff

vs

UNITED STATES DEPARTMENT OF DEFENSE,
1000 Defense Pentagon
Washington, DC 20301-1000,

and

DEFENSE COTNRACT MANAGEMENT AGENCY,
6350 Walker Lane

      Defendant

Civil Action

CASE NUMBER 1:05CV02373

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/12/2005

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Sikorsky Aircraft Corporation  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Sikorsky Aircraft Corporation  which have any outstanding securities in the hands of the public:

United Technologies Corporation
United Technologies Building
Hartford, CT 06101

Zardoya Otis, S.A.
Golfo de Salonica, 73
28033 Madrid,
Spain.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
[signature: Robert K. Huffman]
Signature

DC BAR No. 219915
BAR IDENTIFICATION NO.

Robert K. Huffman
Print Name

655 Fifteenth Street, NW, Suite 900
Address

Washington DC  20005-5701
City    State   Zip Code

(202) 626-5800
Phone Number

3