# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SIKORSKY AIRCRAFT CORPORATION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number: 05-2373 (RWR)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF DEFENSE et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* alleging that defendants' decision to release information pursuant to a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request was unlawful.  Defendants respectfully move this Court for a thirty (30) day enlargement of time through and including March 13th 2006 within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is currently due February 10, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to assemble the administrative record and address the factual and legal claims raised by plaintiff.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or

any other in-court matters.

    4.  This is the first enlargement of time sought in this matter.

    5.  Plaintiff through counsel has consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.


               Respectfully submitted,


_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SIKORSKY AIRCRAFT CORPORATION,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **Civil Action Number: 05-2373 (RWR)** |
| **UNITED STATES DEPARTMENT OF DEFENSE et al.** ) ) ) ) | |
| **Defendants.** ) ) ) | |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move

or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including March 13, 2006,

to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.


_____
Richard W. Roberts
United States District Judge


Copies to:
Parties via ECF