IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action Number: 05-2373 (RWR) |
| UNITED STATES DEPARTMENT OF DEFENSE et al. | ) ) ) ) |
| Defendants. | ) ) ) ) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* alleging that defendants' decision to release information pursuant to a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request was unlawful. Defendants respectfully move this Court for a ten (10) day enlargement of time through and including March 23, 2006 within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

    1. Defendants' answer, motion or other response to the Complaint is currently due March 13, 2006.

    2. Counsel for Defendants has been diligently working on this matter; however, other Court obligations, including oral argument in the Court of Appeals for the D.C. Circuit on Friday March 10th in the case Tootle v. Secretary of the Navy, prevents counsel from completing defendants' Motion for Summary Judgment by the current deadline.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the second enlargement of time sought in this matter.

5.  Plaintiff through counsel has consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIKORSKY AIRCRAFT CORPORATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF DEFENSE et al.** )<br>)<br>Defendants. )<br>)<br>) | Civil Action Number: 05-2373 (RWR) |

**ORDER**

Upon consideration of Defendants' Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including March 23, 2006, to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Richard W. Roberts
United States District Judge

Copies to:
Parties via ECF