IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIKORSKY AIRCRAFT CORPORATION,** )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**UNITED STATES DEPARTMENT OF DEFENSE et al.**   )<br>)<br>Defendants.   )<br>)<br>_____ ) | Civil Action Number: 05-2373 (RWR) |

<u>DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL</u>

Defendants hereby move for leave to file under seal the Administrative Record in this reverse Freedom of Information Act case. Plaintiff believes that these documents should be filed under seal pending final determination of this action because, according to plaintiff, the material concerns plaintiff's confidential commercial information. Since this filing under seal is at plaintiff's request, this motion will not be opposed. Defendant will file the Administrative Record in the Clerk's office in CD-ROM format. In accordance with Local Rule 5.1(j)(1), the administrative record will be treated as sealed pending the outcome of this motion.

For the foregoing reasons, defendants respectfully request that this unopposed motion for leave to file under seal be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney



_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney



_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIKORSKY AIRCRAFT CORPORATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2373 (RWR) |
| ) | |
| **UNITED STATES DEPARTMENT OF DEFENSE et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

Upon consideration of Defendant's Unopposed Motion For Leave To File Under Seal, and of the entire record, and it appearing to the Court that the granting of this unopposed motion would be just and proper, it is by the Court this ___ day of _____, 2006,

ORDERED that Defendant's Unopposed Motion For Leave To File Under Seal be, and it is, granted, and it is further

ORDERED that the Clerk shall file under seal the Administrative Record.

SO ORDERED.

_____
Richard W. Roberts
United States District Judge

Copies to:
The Parties via ECF

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2006, I caused the foregoing Motion to File Under Seal and Administrative Record to be served on plaintiff, postage prepaid, addressed as follows:

Robert K. Huffman
MILLER & CHEVALIER, CHARTERED
655 15th Street, NW
Washington, DC 20005

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780