IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT  )<br>OF DEFENSE et al.  )<br>  )<br>   Defendants.  )<br>  )<br>_____) | Civil Action Number: 05-2373 (RWR) |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD UNDER SEAL

Defendants hereby advise the Court that they will file the Administrative Record in the Clerk's office in CD-ROM format. In accordance with Local Rule 5.1(j)(1), the administrative record will be treated as sealed pending the outcome of defendants' unopposed motion for leave to file under seal.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780