IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, ) <br> 6900 Main Street, M/S 106A ) <br> Stratford, CT 06615-9129 ) <br>      ) <br>      Plaintiff, ) <br>      ) <br> v.     ) <br>      ) <br> UNITED STATES DEPARTMENT OF ) <br> DEFENSE, et al. ) <br>      ) <br>      Defendants. ) <br>      ) | Civil Action No.: 05-2373 (RWR) |

## UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Sikorsky Aircraft Corporation respectfully moves this Court for a 60 day enlargement of time through and including June 5, 2006, within which to file its opposition to the Government's motion for summary judgment and to file its cross-motion for summary judgment. Good cause exists to grant this motion, and the motion is unopposed.

1.   Plaintiff filed this action on December 12, 2005, seeking to enjoin the Government's release of Plaintiff's confidential commercial information.

2.   The Government requested and received two enlargements of time to respond to the complaint, and on March 23, 2006, responded by filing a motion for summary judgment on the administrative record. The Government served its motion electronically and served the administrative record by mail.

3.   Plaintiff's time for responding to the Government's motion for summary judgment began to run from the date of Plaintiff's receipt of the administrative record, March 27, 2006.

602100.1

This Court's rules allot Plaintiff eleven days to file an opposition to the motion for summary judgment, and Federal Rule of Civil Procedure 6(e) adds three days to a prescribed response period where service is effectuated by mail. As a consequence, Plaintiff's opposition to the Government's motion for summary judgment is currently due on April 6, 2006.

4. Plaintiff requests an enlargement of time of 60 days, to and including June, 5, 2006, in which to respond to the Government's motion for summary judgment and to file its cross-motion for summary judgment. This additional time is needed to give Plaintiff time to review the administrative record before responding to the legal issues raised in the Government's motion for summary judgment.

5. Because no court dates have yet been scheduled, the granting of this motion will not interfere with the Court's schedule.

6. This is the first enlargement of time that Plaintiff has sought in this matter.

7. Counsel for the Government has authorized Plaintiff to state that Defendant does not oppose Plaintiff's motion for enlargement of time.

Respectfully submitted,

/s/
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
JEMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

- 2 -

602100.1

*Of Counsel:*

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: March 28, 2006

- 3 -