IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br>6900 Main Street, M/S 106A<br>Stratford, CT 06615-9129<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE, et al.<br><br>Defendants. | Civil Action No.: 05-2373 (RWR) |

### ORDER

Upon consideration of Plaintiff's motion for an enlargement of time, it is hereby

ORDERED that Plaintiff's motion for an enlargement of time is GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have up to and including June 5, 2006, to oppose the Government's motion for summary judgment and to file a cross-motion for summary judgment.

Dated this _____ day of _____, 2006.


                                                          _____
                                                          Richard W. Roberts
                                                          United States District Judge

Copies to:
Parties via ECF

602100.1