IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-2373 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Sikorsky Aircraft Corporation ("Sikorsky") hereby cross-moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because there is no genuine issue as to any material fact and Sikorsky is entitled to judgment as a matter of law.

In support of this motion, Sikorsky has respectfully submitted a memorandum of points and authorities under seal, a statement of material facts not in genuine dispute, and a proposed order.

Sikorsky respectfully requests the Court to hear oral argument on this motion and on Defendant's motion for summary judgment.

          Respectfully submitted,


          /s/  Robert K. Huffman
          ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
          EMMETT B. LEWIS (D.C. BAR NO. 308627)
          MILLER & CHEVALIER CHARTERED
          655 Fifteenth Street, N.W.
          Suite 900
          Washington, D.C.  20005-5701
          (202) 626-5824
          (202) 628-0858 facsimile

          Attorneys for Plaintiff
          Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated:  June 5, 2006