IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIKORSKY AIRCRAFT CORPORATION,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE, et al.

Defendants.

Civil Action No.: 05-2373 (RWR)

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

In this reverse Freedom of Information Act case, Plaintiff Sikorsky Aircraft Corporation hereby moves, pursuant to Local Rule 5.1(j)(1), for leave to file under seal the Memorandum of Points And Authorities In Support of Plaintiff's Opposition To Defendants' Motion For Summary Judgment And In Support of Plaintiff's Cross-Motion For Summary Judgment ("Memorandum"). The Memorandum extensively quotes and describes material contained in the Administrative Record, which Defendants filed under seal pursuant to their Unopposed Motion To File Under Seal, granted on March 29, 2006.

As required by Local Rule 7(m), counsel for Plaintiff has discussed with counsel for Defendants whether Defendants will oppose this motion. Counsel for Defendants has confirmed that Defendants will not oppose the motion.

Respectfully submitted,

/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: June 5, 2006