IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action No.: 05-2373 (RWR) |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion For Leave To File Under Seal, and of the entire record, and it appearing to the Court that the granting of this unopposed motion would be just and proper, it is by the Court this ___ day of _____________, 2006,

ORDERED that Plaintiff's Unopposed Motion For Leave To File Under Seal be GRANTED, and it is further

ORDERED that the Clerk shall file under seal the Memorandum of Points And Authorities In Support of Plaintiff's Opposition To Defendants' Motion For Summary Judgment And In Support of Plaintiff's Cross-Motion For Summary Judgment.

SO ORDERED.

_____________________________
Richard W. Roberts
United States District Judge

Copies to:
The Parties via ECF