IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIKORSKY AIRCRAFT CORPORATION,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE, et al.

Defendants.

Civil Action No.: 05-2373 (RWR)

**NOTICE OF FILING UNDER SEAL OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 5.4(e)(2), Plaintiff hereby advises the Court that it will file the Memorandum of Points And Authorities In Support of Plaintiff's Opposition to Defendant's Motion For Summary Judgment And In Support of Plaintiff's Cross-Motion For Summary Judgment ("Memorandum") with the Clerk's office in paper and CD-ROM form. In accordance with Local Rule 5.1(j)(1), the Memorandum will be treated as sealed pending the outcome of Plaintiff's Unopposed Motion For Leave To File Under Seal.

Respectfully submitted,

/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: June 5, 2006