IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> DEFENSE, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Civil Action Number: 05-2373 (RWR) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS**
**WHICH ARE NOT IN GENUINE DISPUTE**

Pursuant to LCvR 7(h), Plaintiff Sikorsky Aircraft Corporation ("Sikorsky") hereby respectfully submits this statement of material facts which are not in genuine dispute in support of its cross-motion for summary judgment.

1.   On March 2, 2004, a reporter for WTNH Channel 8 News in New Haven, Connecticut submitted a Freedom of Information Act ("FOIA") request to the Defense Contract Management Agency-East ("DCMA-East") requesting disclosure of: (1) all Corrective Action Requests ("CARs") issued by DCMA-East to Sikorsky during the preceding twelve months that related to the BLACK HAWK helicopter or its variants, and (2) all responses submitted by Sikorsky to such CARs. Administrative Record ("AR") 001.

2.   DCMA-East denied the FOIA request in its entirety on May 7, 2004, on grounds that the CARs and Sikorsky's responses were exempt from disclosure under FOIA Exemption 4. AR 003. DCMA-East found that the requested information was exempt from disclosure because

its release "will significantly impair DCMA's ability to obtain the same quality of information from Sikorsky and from other Defense contractors in the future and will have an adverse impact on the effectiveness of the DCMA Quality Assurance Program." *Id.*

3.   On July 2, 2004, the Channel 8 reporter appealed DCMA-East's denial of his March 2, 2004 FOIA request to DCMA Headquarters in Washington, D.C.  AR 004-06.

4.   On December 15, 2004, DCMA Headquarters sent a letter to Sikorsky stating that it was of the opinion that release of almost all of the documents responsive to the March 2, 2004 FOIA request was appropriate.  AR 008.  However, DCMA Headquarters agreed to postpone any disclosure of these documents in order to allow Sikorsky to raise "valid objections" to their release.  *Id.*

5.   Sikorsky responded to DCMA Headquarters' letter on February 11, 2005. AR 411-23.  Sikorsky's response attached declarations that described the substantial harm to Sikorsky's competitive position in U.S. and international helicopter markets that would result from release of the CARs and responses.  AR 431, 445, 449-50, 455-56.  Sikorsky's declarations also provided further evidentiary support for DCMA-East's determination that release of the CARs and responses would significantly impair DCMA's ability to obtain necessary information from Sikorsky and other DOD contractors in the future and would adversely impact the effectiveness of the DCMA Quality Assurance Program.  AR 431-32, 445.

6.   On December 1, 2005, DCMA Headquarters sent Sikorsky's counsel a letter stating its determination that the CARs were not exempt from disclosure under FOIA Exemption 4, but that Sikorsky's responses to the CARs were exempt from disclosure because they were voluntarily submitted by Sikorsky and because Sikorsky did not customarily make available to the public the kind of information contained in the responses.  AR 473-76.  DCMA

Headquarters' letter stated that "this is a final agency decision," and further stated that it intended to release the CARs on December 12, 2005 unless Sikorsky filed suit in a United States District Court on or before that date. AR 477.

7.  Sikorsky brought suit in this Court on December 12, 2005, challenging DCMA's decision to release the CARs as arbitrary, capricious, and not otherwise in accordance with law.

        Respectfully submitted,

/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: June 5, 2006