IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2373 (RWR) |

**ORDER**

This matter comes before the Court on Plaintiff's cross-motion for summary judgment and opposition to Defendant's motion for summary judgment. Based upon Plaintiff's motion, the memorandum of points and authorities in support of the motion, the opposition thereto, and the administrative record, it is this ___ day of ___, 20__ hereby

ORDERED that Plaintiff's motion is GRANTED.

ORDERED that Defendant's motion for summary judgment is DENIED, and it is further

ORDERED that judgment shall be entered for Plaintiff.

This is a final appealable order.

SO ORDERED.

______________________________
Richard W. Roberts
United States District Judge

Copies to:
The Parties via ECF