IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE, et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action Number:  05-2373 (RWR) |

**PLAINTIFF'S MOTION TO STRIKE EXTRA-RECORD MATERIALS
SUBMITTED BY DEFENDANT TO PROVIDE A RATIONALE AND/OR
SUPPORTING EVIDENCE FOR THE AGENCY'S DECISION**

Plaintiff Sikorsky Aircraft Corporation ("Sikorsky") respectfully moves the Court to strike certain materials that Defendant filed along with its motion for summary judgment to provide a rationale and/or supporting evidence for the agency's decision to release the information at issue in this action.  These materials are paragraphs 6, 8, 10, and 11 of the Declaration of Colonel Jamie L. Adams.  Sikorsky moves to strike these paragraphs on the grounds that they are not part of the Administrative Record and, therefore, may not properly be considered in determining the reasonableness of the agency's decision.  The grounds for this motion are more fully set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion to Strike.

Pursuant to Local Civil Rule 7(m), counsel for Sikorsky has discussed with counsel for Defendant whether Defendant will oppose this motion.  Counsel for Defendant has advised counsel for Sikorsky that Defendant opposes this motion.

Respectfully submitted,

/s/  Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-6086
(202) 628-0858 facsimile
Dated:  June 5, 2006

<YiF>616570.2</YiF>