IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2373 (RWR) |

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Strike Extra-Record Materials Submitted By Defendant To Provide A Rationale And/Or Supporting Evidence For the Agency's Decision. Based upon the motion, the memorandum of points and authorities in support thereof, the opposition thereto, and the administrative record, it is this ___ day of ___, 20 __ hereby

ORDERED that Plaintiff's motion is GRANTED, and it is further

ORDERED that paragraphs 6, 8, 10, and 11 of the Declaration of Colonel Jamie Adams be stricken from the record in this case.

SO ORDERED

______________________________
Richard W. Roberts
United States District Judge

Copies to:
The Parties via ECF