IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, et al. )<br>)<br>Defendants. )<br>)<br>) | Civil Action Number:  05-2373 (RWR) |

## ERRATA SHEET

Attachment # 1 to Docket Entry # 13, Plaintiff's Counterstatement Of Facts, should replace Attachment # 1 to Docket Entry # 16, Plaintiff's Statement of Material Facts Which Are Not In Genuine Dispute.

Respectfully submitted,

/s/ Emmett B. Lewis
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

621874.1

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated:  June 6, 2006