IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF DEFENSE et al. )<br>)<br>Defendants. )<br>) | Civil Action Number: 05-2373 (RWR) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY TO PLAINTIFF'S OPPOSITION AND FILE IT'S
OPPOSITIONS TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT
AND MOTION TO STRIKE**

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* alleging that defendants' decision to release information pursuant to a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request was unlawful. Defendants respectfully move this Court for an enlargement of time through and including July 17, 2006, within to file their Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Oppositions to Plaintiff's Cross-Motion for Summary Judgement and Motion to Strike. Good cause exists to grant this motion:

    1. Defendants' reply is currently due June 15 and their oppositions are currently due June 19, 2006.

    2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought regarding these filings.

5. Plaintiff through counsel has consented to this enlargement.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time within to file their Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Oppositions to Plaintiff's Cross-Motion for Summary Judgement and Motion to Strike.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT  )<br>OF DEFENSE et al.  )<br>)<br>Defendants.  )<br>)<br>) | Civil Action Number: 05-2373 (RWR) |

## ORDER

Upon consideration of Defendants' Consent Motion for an Enlargement of Time within which to file their Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Oppositions to Plaintiff's Cross-Motion for Summary Judgement and Motion to Strike, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including July 17, 2006, to file their Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Oppositions to Plaintiff's Cross-Motion for Summary Judgement and Motion to Strike.

Dated this _____ day of _____, 2006.

                                                                                               Richard W. Roberts
                                                                                                United States District Judge

Copies to:
Parties via ECF