IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF  )<br>DEFENSE, et al.  )<br>)<br>Defendants.  )<br>) | Civil Action Number: 05-2373<br>(RWR) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO REPLY TO DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Plaintiff Sikorsky Aircraft Corporation respectfully moves the Court for a thirty-day enlargement of time through and including August 28, 2006, within which to file its Reply to Defendants' Memorandum In Response To Plaintiff's Opposition To Defendant's Motion For Summary Judgment And Opposition To Plaintiff's Cross Motion For Summary Judgment and its Reply to Defendant's Memorandum In Opposition To Plaintiff's Motion To Strike (collectively "Oppositions"). Good cause exists to grant this motion.

1. Defendants filed the Oppositions on July 17, 2006. Therefore, Plaintiff's replies to the Oppositions are due on July 24, 2006.

2. Plaintiff has been diligently working on this matter; however, Plaintiff needs additional time to address the factual and legal issues raised by Defendants.

631014.1

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Defendants, through counsel, have consented to this enlargement.

For these reasons, Plaintiff requests that the Court grant its Unopposed Motion For Enlargement Of Time Within Which To Reply to Defendants' Memorandum In Response To Plaintiff's Opposition To Defendants' Motion For Summary Judgment And Opposition to Plaintiff's Cross-Motion For Summary Judgment And To Reply To Defendants' Opposition To Plaintiff's Motion To Strike.  A proposed order is included with this Motion.

Respectfully submitted,

/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-6086
(202) 628-0858 facsimile

631014.1

Dated: July 20, 2006

3

631014.1