IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIKORSKY AIRCRAFT CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action Number: 05-2373 (RWR) |
| UNITED STATES DEPARTMENT OF DEFENSE, et al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion For Enlargement Of Time Within Which To Reply to Defendants' Memorandum In Response To Plaintiff's Opposition To Defendants' Motion For Summary Judgment And Opposition to Plaintiff's Cross-Motion For Summary Judgment And To Reply To Defendants' Opposition To Plaintiff's Motion To Strike, and the entire record of this case, it is hereby

ORDERED this ____ day of _____, 2006 that Plaintiff's Motion For An Enlargement Of Time is GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have up to and including August 28, 2006, to file its Reply to Defendants' Memorandum In Response To Plaintiff's Opposition To Defendants' Motion For Summary Judgment And Opposition to Plaintiff's Cross-Motion For Summary Judgment and its Reply To Defendants' Opposition To Plaintiff's Motion To Strike. SO ORDERED.

631016.1

                                                       _____
                                                       Richard W. Roberts
                                                       United States District Judge

Copies to:
Parties via ECF

631016.1