IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2373 (RWR) |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

In this reverse Freedom of Information Act case, Plaintiff Sikorsky Aircraft Corporation hereby moves, pursuant to Local Rule 5.1(j)(1), for leave to file under seal the Plaintiff's Reply To Defendant's Memorandum In Opposition To Plaintiff's Cross-Motion For Summary Judgment ("Memorandum"). The Memorandum quotes and describes material contained in the Administrative Record, which Defendants filed under seal pursuant to their Unopposed Motion To File Under Seal, granted on March 29, 2006.

As required by Local Rule 7(m), counsel for Plaintiff has discussed with counsel for Defendants whether Defendants will oppose this motion. Counsel for Defendants has confirmed that Defendants will not oppose the motion.

640068.1

        Respectfully submitted,


        /s/ Robert K. Huffman
        ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
        EMMETT B. LEWIS (D.C. BAR NO. 308627)
        MILLER & CHEVALIER CHARTERED
        655 Fifteenth Street, N.W.
        Suite 900
        Washington, D.C. 20005-5701
        (202) 626-5824
        (202) 628-0858 facsimile

        Attorneys for Plaintiff
        Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: August 28, 2006

640068.1