IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2373 (RWR) |

**NOTICE OF FILING UNDER SEAL OF PLAINTIFF'S REPLY
TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 5.4(e)(2), Plaintiff hereby advises the Court that it will file Plaintiff's Reply Memorandum To Defendant's Memorandum In Opposition To Plaintiff's Cross-Motion For Summary Judgment ("Memorandum") with the Clerk's office in paper and CD-ROM form. In accordance with Local Rule 5.1(j)(1), the Memorandum will be treated as sealed pending the outcome of Plaintiff's Unopposed Motion For Leave To File Under Seal.

640069.1

Respectfully submitted,


/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated: August 28, 2006

640069.1