IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIKORSKY AIRCRAFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Civil Action No.: 05-2373 (RWR) |
| DEFENSE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Sikorsky Aircraft Corporation ("Sikorsky") hereby notifies the Court of a recent decision by Judge John Bates in *Canadian Commercial Corp. v. Department of the Air Force*, Civil Action No. 04-1189 (JDB) (D.D.C. Aug. 3, 2006), which was issued shortly before the parties completed summary judgment briefing in this case. In *Canadian Commercial Corp.*, Judge Bates held that a court need not accept "the government's vague and unsupported contentions" of no impairment. *Id.*, Slip op. at 26-29. That holding is pertinent to the issues before the Court in this case, *i.e.,* the extent to which the Court should defer to the government's assertion that disclosure of the information at issue here would not impair the government's future ability to obtain necessary information from Sikorsky and other Department of Defense contractors.

Respectfully submitted,

/s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
EMMETT B. LEWIS (D.C. BAR NO. 308627)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-5824
(202) 628-0858 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation

*Of Counsel*:

LEAH E. FRAZIER (D.C. BAR NO. 492540)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-6086
(202) 628-0858 facsimile

Dated:  October 17, 2006

653134.1