IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE et al. <br><br> Defendants. | Civil Action Number: 05-2373 (TFH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for Defendants in the above-captioned case.

                                              /s/
                                      KEVIN K. ROBITAILLE
                                      Special Assistant U.S. Attorney
                                      Civil Division
                                      555 Fourth St., N.W.
                                      Washington, D.C.  20530
                                      202-353-9895  / FAX 202-514-8780