IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> DEFENSE, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action Number:  05-2373 (JDS) |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

In this "reverse" Freedom of Information Act ("FOIA") case, Plaintiff Sikorsky Aircraft Corporation ("Sikorsky") hereby moves, pursuant to Local Rule 5.1(j)(l), for leave to file under seal its Memorandum of Points and Authorities in Support of Plaintiff's Motion to Close the April 30, 2008 Hearing and the affidavits attached thereto ("Memorandum").  The Memorandum identifies and describes ongoing aircraft competitions in which Sikorsky is engaged and the circumstances under which Sikorsky's competitive position in those competitions could be impaired.

As required by Local Rule 7(m), counsel for Plaintiff has discussed with counsel for Defendants whether Defendants will oppose this motion.  Counsel for Defendants has informed counsel for Plaintiff that Defendants do not object to this motion.

EAST_7994481 v4

                    Respectfully submitted,

                    /s/ Robert K. Huffman
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
LAUREN R. BATES (D.C. BAR NO. 975461)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4530
(202) 887-4288 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation