IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, et al. )<br>)<br>Defendants. )<br>) | Civil Action Number: 05-2373 (JDS) |

### ORDER

Upon consideration of Plaintiff's Motion for Leave to File Under Seal, and of the entire record, and it appearing to the Court that the granting of this motion would be just and proper, it is by the Court this ___ day of _____, 2008,

ORDERED that Plaintiff's Motion for Leave to File Under Seal be, and it is, granted, and it is further

ORDERED that the Clerk shall file under seal Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Close the April 30, 2008 Hearing.

SO ORDERED.

                                                                                             Jack D. Shanstrom
                                                                                             Senior United States District Judge
                                                                                             District of Montana