IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIKORSKY AIRCRAFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE, et al.<br><br>Defendants. | Civil Action Number: 05-2373 (JDS) |

**NOTICE OF FILING OF PLAINTIFF'S MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO CLOSE
THE APRIL 30, 2008 HEARING UNDER SEAL**

Pursuant to Local Rule 5.4(e)(2), Plaintiff hereby advises the Court that it will file Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion to Close the April 30, 2008 Hearing and the affidavits attached thereto ("Memorandum") with the Clerk's office in paper and CD-ROM form. In accordance with Local Rule 5.1(j)(1), the Memorandum will be treated as sealed pending the outcome of Plaintiff's Motion for Leave to File Under Seal.

EAST_7994785 v3

                Respectfully submitted,


                _____/s/ Robert K. Huffman_____
ROBERT K. HUFFMAN (D.C. BAR NO. 219915)
LAUREN R. BATES (D.C. BAR NO. 975461)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4530
(202) 887-4288 facsimile

Attorneys for Plaintiff
Sikorsky Aircraft Corporation