CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SIKORSKY AIRCRAFT CORPORATION )
)
)
)
Plaintiff )
)
)
)
v. ) Civil Case Number 05-2373 (JDS)
)
)
UNITED STATES DEPARTMENT OF ) Category    I
DEFENSE, et al. )
)
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 14, 2008 from Judge Thomas F. Hogan to Judge Jack D. Shanstrom by direction of the Calendar Committee.

(Reassigned by consent.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Hogan & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk